# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>David Daniel MARTINEZ<br><br>DOB: xx/xx/1978<br>United States Citizen | DOCKET NO.<br><br>**VICTIM**<br><br>MAGISTRATE'S CASE NO.<br><br>17-02976MJ |

Complaint for violation of Title 18 United States Code § 111(a)(1) and (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about the 25th day of May, 2017, at or near Tucson, in the District of Arizona, David Daniel MARTINEZ did intentionally and forcibly assault United States Border Patrol Agent Jose Madrigal, an officer of the United States, while Agent Madrigal was engaged in and on account of the performance of his official duties, and did so by using a dangerous weapon; that is, David Daniel MARTINEZ intentionally assaulted Agent Madrigal by driving directly at Agent Madrigal with his vehicle and attempting to hit Agent Madrigal with his vehicle, causing Agent Madrigal reasonable apprehension of immediate bodily harm; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 25, 2017, the victim, United States Border Patrol Agent Jose Madrigal, was assigned to the Pima County Sheriff's Department Border Interdiction Unit and performing his official duties in Tucson, Arizona. Agent Madrigal was conducting a traffic stop on a vehicle and was standing outside the vehicle making contact with the occupants. A second vehicle, driven by David Daniel MARTINEZ, approached Agent Madrigal from behind. As he neared Agent Madrigal, MARTINEZ "revved" his engine, increased his speed, and drove directly at Agent Madrigal. Agent Madrigal feared for his life and was forced to jump out of MARTINEZ's path. Agent Madrigal was pressed up against the first vehicle he had stopped, and MARTINEZ's vehicle came in very close proximity of Agent Madrigal as he drove past. Agent Madrigal's Border Patrol vehicle was positioned behind the first vehicle he had stopped, intentionally blocking direct vehicular access to the area where Agent Madrigal was conducting the traffic stop. MARTINEZ thus overtly veered from his lane of travel to drive directly toward Agent Madrigal. MARTINEZ was subsequently apprehended and made statements to the effect that he hates Border Patrol.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

N/A

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA _[signature]_ | SIGNATURE OF COMPLAINANT<br>_[signature]_<br>Cesar Ponce |
|---|---|
| Sworn to before me and subscribed in my presence. | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_Leslie A. Bowman_ | DATE<br>May 30, 2017 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54